UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:07-cr-284

v.                                                HON. JANET T. NEFF

BAKARI J. ADUL-QAYYUM,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Bakari J. Adul-Qayyum has filed a motion for modification or reduction of sentence (Dkt 31) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission. The U.S. Probation Department has filed an Amended Sentence Modification Report (Dkt 39) finding Defendant eligible for the reduction. The parties stipulated (Dkt 40) to the retroactive application of the sentencing amendment and requests the Court to amend the sentence.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

Having fully considered the Sentence Modification Report (Dkt 39) and the stipulation (Dkt 40), the Court has determined that the defendant is eligible for a reduction of sentence according to the policy statements of the U.S. Sentencing Commission.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 31) pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED.  Defendant's sentence is reduced to 120 months imprisonment, as it is the mandatory minimum.  In no event shall the defendant be released earlier than November 1, 2015.

DATED: October 6, 2015                            /s/ Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge